# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RUMLEY MOORE,

        Plaintiff,                  Civil Case Number: 06-11250

v.                                    JUDGE PAUL D. BORMAN
                                            MAG. JUDGE STEVEN D. PEPE
TROTT AND TROTT, P.C., DONALD J      UNITED STATES DISTRICT COURT
KING, GREGORY R. MacKAY, and
DEUTSCHE BANK NATIONAL TRUST
COMPANY, In Trust for Registered Holders of
GSAMP Trust 2002-HE2 Mortgage Pass-
Though Certificates, Series 2002-HE-2,

        Defendants.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF:
## (1) GRANTING DEFENDANTS' MOTION TO DISMISS (DOC. NO. 5),
## (2) DISMISSING PLAINTIFF'S COMPLAINT

Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendants' Motion to Dismiss (Doc. No. 5) and dismissing Plaintiff's Complaint.

Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation granting Defendants' Motion to Dismiss and dismissing Plaintiff's Complaint. As a result of the Court accepting the Report and Recommendation, Defendants' Objections to Plaintiff's Amended Complaint (Doc. No. 11) and Motion to Strike Brief in Support of claim to Quiet Title (Doc. No. 12) are rendered moot.

    **SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: __10/31/06_____
       Detroit, Michigan

1