UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUMLEY MOORE,

        Plaintiff,

v.

TROTT AND TROTT, P.C., DONALD J KING, GREGORY R. MacKAY, and DEUTSCHE BANK NATIONAL TRUST COMPANY, In Trust for Registered Holders of GSAMP Trust 2002-HE2 Mortgage Pass-Though Certificates, Series 2002-HE-2,

        Defendants.
_____ /

Civil Case Number: 06-11250

JUDGE PAUL D. BORMAN
MAG. JUDGE STEVEN D. PEPE
UNITED STATES DISTRICT COURT

## **JUDGMENT**

This action came before the Court, Honorable Paul D. Borman District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that defendants' motion to dismiss is **GRANTED.**

Dated at Detroit, Michigan   October 31, 2006  .

                                    DAVID WEAVER
                                    CLERK OF THE COURT

                                    s/Denise Goodine
                                    Denise Goodine
                                    Deputy Clerk